UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                              No.  19-CR-491-LTS

ARTURO BALBUENA,                                             <u>Order</u>

        Defendant.

-------------------------------------------------------x

        An initial pre-trial conference in this case is scheduled to proceed on August 10, 2023, at 11:00 am, in Courtroom 17C.  The parties' attention is directed to the Court's policies regarding courthouse entry and COVID-19 test reporting protocols, which are available on the Court's website, at https://www.nysd.uscourts.gov/covid-19-coronavirus.

        The parties are directed to email Chambers at SwainNYSDCorresp@nysd.uscourts.gov any documents they would like the Court to consider during or in connection with the proceeding at least 24 hours in advance of the proceeding.

        SO ORDERED.

Dated: New York, New York                      /s/ Laura Taylor Swain
      July 28, 2023                              LAURA TAYLOR SWAIN
                                                Chief United States District Judge