UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                     :

UNITED STATES OF AMERICA         :

                                     :     **ORDER**

        - v. -         :

                                     :

ARTURO BALBUENA,         :     19 Cr. 491 (LTS)

                                   :

        Defendant.     :

                                   :

                                   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on August 15, 2023;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:      New York, New York
              August 16, 2023

                               /s/ Laura Taylor Swain
                              THE HONORABLE LAURA TAYLOR SWAIN
                              UNITED STATES DISTRICT JUDGE