UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                       No.  19-CR-491-LTS

ARTURO BALBUENA,                              <u>Order</u>

         Defendant.

-------------------------------------------------------x

       The sentencing hearing in this case is scheduled to proceed on October 12, 2023, at 2:00 pm, in Courtroom 17C.  The parties' attention is directed to the Court's policies regarding courthouse entry and COVID-19 test reporting protocols, which are available on the Court's website, at https://www.nysd.uscourts.gov/covid-19-coronavirus.

       The parties are directed to make their sentencing submissions in accordance with the sentencing submission procedures set forth in the Individual Practices rules of the undersigned, and to email Chambers at SwainNYSDCorresp@nysd.uscourts.gov any further documents they would like the Court to consider during or in connection with the proceeding at least 24 hours in advance of the proceeding.

      SO ORDERED.

Dated: New York, New York                          _/s/ Laura Taylor Swain_____
       August 21, 2023                                  LAURA TAYLOR SWAIN
                                                          Chief United States District Judge