UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                          No.  19-CR-491-LTS

ARTURO BALBUENA,                                            ORDER

        Defendant.

-------------------------------------------------------x

The sentencing hearing in this case is rescheduled to proceed on October 19, 2023, at 9:30 a.m., in Courtroom 17C.  The parties' attention is directed to the Court's policies regarding courthouse entry and COVID-19 test reporting protocols, which are available on the Court's website, at https://www.nysd.uscourts.gov/covid-19-coronavirus.

The parties are directed to email Chambers at SwainNYSDCorresp@nysd.uscourts.gov any documents they would like the Court to consider during or in connection with the proceeding at least 24 hours in advance of the proceeding.

      SO ORDERED.

Dated: New York, New York                         /s/ Laura Taylor Swain
       October 12, 2023                              LAURA TAYLOR SWAIN
                                                          Chief United States District Judge