UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                                                                                                           No.  19 crim 491 (LTS)

ARTURO BALBUENA

                          Defendant.

-------------------------------------------------------x

## ORDER

      ORDERED that pursuant to sentence of time served imposed today, the defendant Arturo Balbuena is discharged from the custody of the U.S. Marshals Service.

      SO ORDERED.

Dated: New York, New York
       October 19, 2023

                                                                            LAURA TAYLOR SWAIN
                                                                             Chief United States District Judge